IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01234-LTB-BNB | Date: September 16, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

ADT SECURITY SERVICES, INC.,   Michael Kivort

    Plaintiff and Counter Defendant,

v.

ENVISION TELEPHONY, INC.,   Brian Free

    Defendant and Counter Claimant.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   9:06 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant's motion to compel discovery filed August 14, 2008; Doc. 22 is Taken Under Advisement as stated on the record.**

**ORDERED:** **Plaintiff ADT Security Services, Inc.'s motion to allow filing of documents under seal filed August 29, 2008; Doc. 25 is granted as stated on the record.**

Court in Recess   9:42 a.m.   Hearing concluded.   Total time in court:   00:36

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.