**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01234-LTB-BNB

ADT SECURITY SERVICES, INC., a Delaware corporation,

    Plaintiff and Counterclaim Defendant,

v.

ENVISION TELEPHONY, INC., a Washington corporation,

    Defendant and Counterclaimant.

___

**ORDER DISMISSING ENVISION'S CLAIM FOR CONVERSION**
___

THIS MATTER having come before the Court on the Stipulation Dismissing Envision's Claim for Conversion (Doc 34 - filed October 1, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that Envision's claim against ADT for conversion, as alleged in the Second Cause of Action to Envision's Answer and Counterclaims, is **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                                     BY THE COURT:

                                                                     s/Lewis T. Babcock
                                                                   Lewis T. Babcock, Judge

DATED: October 2, 2008