IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01234-LTB-BNB

ADT SECURITY SERVICES, INC.,

Plaintiff,

v.

ENVISION TELEPHONY, INC.,

Defendant.

---

## ORDER

---

This matter is before me on the following:

(1) **Defendant's Motion to Compel Discovery** [Doc. # 22, filed 8/14/2008] (the "Motion to Compel"); and

(2) **Plaintiff's Expedited Motion for Leave to Reopen Discovery and, If Necessary, to Continue Trial, With Incorporated Memorandum of Law** [Doc. # 47, filed 11/6/2008] (the "Motion to Reopen Discovery").

The parties appeared this morning, and I made rulings on the record which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED.

IT IS FURTHER ORDERED that the Motion to Reopen Discovery is DENIED.

Dated November 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge