IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 07-cv-01234 - LTB - BNB

ADT SECURITY SERVICES, INC.,

     Plaintiff,

v.

ENVISION TELEPHONY, INC., d/b/a The Home Depot, a Delaware corporation,

     Defendant.

_____

ORDER OF DISMISSAL
_____

     THIS MATTER having come before the Court on the Stipulation and Request for Dismissal With Prejudice (Doc 65 - filed April 26, 2010), and the Court being fully advised in the premises, it is therefore

     ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

     BY THE COURT:


     __s/Lewis T. Babcock_____
     LEWIS T. BABCOCK, JUDGE

DATED: April 27, 2010